```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

COASTAL CONSERVATION ASSOCIATION,

        Plaintiff,

vs.                              Case No.  **2:05-cv-400-FtM-29DNF**

CARLOS GUTIERREZ, in his official capacity as Secretary of the United States Department of Commerce, THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, THE NATIONAL MARINE FISHERIES SERVICE,

        Defendants.

_____

THE FISHING RIGHTS ALLIANCE, INC.,

        Plaintiff,

vs.                              Case No.  2:05-cv-419-FtM-29DNF

CARLOS GUTIERREZ, in his official capacity as Secretary of the United States Department of Commerce; the NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and the NATIONAL MARINE FISHERIES SERVICE,

        Defendants.

_____

**ORDER**

     This matter comes before the Court on the parties' Joint Motion to Consolidate (Doc. #7), filed on September 7, 2005.  Also before the Court is plaintiff The Fishing Rights Alliance, Inc.'s Motion for Voluntary Dismissal Without Prejudice of Certain of Its Claims (Doc. #12), filed September 13, 2005.

The parties have all agreed to a consolidation of the cases for purposes of judicial economy and because the cases present common facts and questions of law.  "The district court must take care to ensure that the trial of the consolidated actions will be conducted in a manner which does not prejudice the rights of the parties."  Dempsey v. Mac Towing, Inc., 876 F.2d 1538, 1545 (11th Cir. 1989) (citing Hendrix v. Raybestos-Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir. 1985)).

The Complaints filed by both Coastal Conservation Association and The Fishing Rights Alliance, Inc. provide for declaratory relief and allege violations of the APA and the Magnuson-Stevens Act and NEPA.  Plaintiff The Fishing Rights Alliance, Inc. seeks to voluntarily dismiss the Fifth, Sixth, Seventh, and Eighth claims for relief, which will then allow the same legal issues to be present in both cases.  Pursuant to Fed. R. Civ. P. 42(a) and upon review of the Complaints, the Court finds that consolidation is appropriate.  The Court further finds that the dismissal of the Counts is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1.  Plaintiff The Fishing Rights Alliance, Inc.'s Motion for Voluntary Dismissal Without Prejudice of Certain of Its Claims (Doc. #12) is **GRANTED**.  Finding no just cause for delay and finding

no Answer or Summary Judgment filed by a defendant,[1] Counts Five, Six, Seven, and Eight are dismissed without prejudice.

    2.   The parties' Joint Motion to Consolidate (Doc. #7) is **GRANTED**.

    3.   The parties shall use the above caption for all future filings, which shall only be made in the lead case, 2:05-cv-400-FTM-29DNF.

    4.   The Clerk shall place a copy of this Order in both cases.

    **DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of September, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of record
DCCD

---

[1] See Fed. R. Civ. P. 41(a).